UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-220(JMR/FLN)

| | | |
|---|---|---|
| Cumulus Broadcasting, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| James D. Ingstad | ) | |
| | ) | |

Defendant seeks dismissal of this action for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. The Court heard oral argument on May 10, 2000. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion to dismiss for improper venue [Docket No. 4] is denied.

Dated: May 15 6, 2000

JAMES M. ROSENBAUM
United States District Judge

MAY 16 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK