UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Cumulus Broadcasting, Inc. | ) | Court File No. OC-00-220JMR/FLN |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR EXTENSION OF |
| | ) | TIME TO ANSWER THE AMENDED |
| vs. | ) | COMPLAINT |
| | ) | |
| James D. Ingstad, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree that the Defendant may have an extension of time to file the Answer in the above-captioned matter. The parties agree that Defendant may have until June 19, 2000, to file the Answer to the Amended Complaint.

Dated: May 19, 2000.

BRIGGS & MORGAN

J. Patrick McDavitt
2400 IDS Center
Minneapolis MN 55402
(612) 334-8464
ATTORNEYS FOR PLAINTIFF

DORSEY & WHITNEY LLP

Adele Hedley Page (#233183)
51 Broadway, Suite 402
P.O. Box 1344
Fargo, North Dakota 58107-1344
(701) 235-6000
ATTORNEYS FOR DEFENDANT

JUN 02 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

It is so ORDERED.

Magistrate Judge of District Court