UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Cumulus Broadcasting, Inc., Plaintiff, vs. James D. Ingstad, Defendant. | ) | Civil 00-220 JMR/~~FLN~~ SRN **STIPULATION AND ORDER** |

It is hereby stipulated and agreed, by and through counsel for plaintiff Cumulus Broadcasting, Inc. ("Cumulus") and defendant James D. Ingstad ("Ingstad") as follows:

RECITALS

WHEREAS, the above-referenced action involves, among other things, a dispute between the parties regarding a construction permit for Channel 298C2 in Faribault, Minnesota.

WHEREAS, Cumulus and Ingstad desire to enter into a stipulation whereby no disposition of the permit subject to the dispute will be made by Ingstad for 60 days.

NOW, THEREFORE, it is hereby stipulated that:

1. Ingstad agrees that, prior to August 1, 2000, he shall not sell, assign, lease, or otherwise transfer or dispose of the permit.

2. The parties reserve their respective claims, counterclaims, and defenses in this action and agree that this Stipulation and Order is not intended to have any effect on the ultimate merits of this litigation.

JUL 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 16, 2000

BRIGGS AND MORGAN

J. Patrick McDavitt (#70014)
Janel E. LaBoda (#194128)
2400 IDS Center
Minneapolis MN 55402
Telephone: 612-334-8400

**ATTORNEYS FOR PLAINTIFF CUMULUS BROADCASTING, INC.**

Dated: 6-13-00

Sarah Andrews Herman
Adele Hedley Page (#233183)
51 Broadway, Suite 402
PO Box 1344
Fargo ND 58107-1344
Telephone: 701-235-6000

**ATTORNEYS FOR DEFENDANT JAMES D. INGSTAD**

**ORDER**

IT IS SO ORDERED.

Dated: July 7, 2000

BY THE COURT:

Honorable James M. Rosenbaum
United States District Court Judge