UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-220 JMR/SRN

Cumulus Broadcasting, Inc. )
)
v. ) ORDER
)
James D. Ingstad )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: October 30, 2000

JAMES M. ROSENBAUM
United States District Judge

OCT 30 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK